44 So.2d 281

## MAGOUYRK v. STATE.
### 7 Div. 49.

Court of Appeals of Alabama.
Jan. 31, 1950.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

This appeal is here on the record proper. There is no error appearing, but the cause must be remanded for proper sentence. The judgment entry does not recite that the defendant was sentenced to pay the costs. This is required. Crane v. State, 33 Ala.App. 284, 32 So.2d 784.

Affirmed. Remanded for proper sentence.